■ BOARD OF EDUCATION, CENTRAL SCHOOL DISTRICT No. 1, TOWNS OF CAMILLUS, ONONDAGA, VAN BUREN, GEDDES AND ELBRIDGE, Appellant, v A. J. BEAUDETTE CONSTRUCTION CO. INC., Respondent. (Appeal No. 3.) — Judgment unanimously affirmed. Same memorandum as in *Board of Educ. v Hueber* (Appeal No. 1) (90 AD2d 685). (Appeal from judgment of Supreme Court, Onondaga County, Murphy, J. — breach of contract.) Present — Simons, J. P., Callahan, Doerr, Boomer and Moule, JJ.

■ BOARD OF EDUCATION, CENTRAL SCHOOL DISTRICT No. 1, TOWNS OF CAMILLUS, ONONDAGA, VAN BUREN, GEDDES AND ELBRIDGE, Appellant, v BEC ELECTRIC CO., INC., Respondent. (Appeal No. 4.) — Judgment unanimously affirmed. Same memorandum as in *Board of Educ. v Hueber* (Appeal No. 1) (90 AD2d 685). (Appeal from judgment of Supreme Court, Onondaga County, Murphy, J. — breach of contract.) Present — Simons, J. P., Callahan, Doerr, Boomer and Moule, JJ.

■ BOARD OF EDUCATION, CENTRAL SCHOOL DISTRICT No. 1, TOWNS OF CAMILLUS, ONONDAGA, VAN BUREN, GEDDES AND ELBRIDGE, Appellant, v J. MURRAY HUEBER et al., Respondents. (Appeal No. 5.) — Order unanimously affirmed. Same memorandum as in *Board of of Educ. v Hueber* (Appeal No. 1) (90 AD2d 685). (Appeal from order of Supreme Court, Onondaga County, Lynch, J. — serve supplemental complaint.) Present — Simons, J. P., Callahan, Doerr, Boomer and Moule, JJ.